Lynn S. Walsh, OSB #924955
email: lynn@lynnwalshlaw.com
610 SW Alder St., #415
Portland, Oregon 97205
Telephone: 503-790-2772

Meghan Apshaga, OSB # 232137
Email: mapshaga@droregon.org
David Boyer, OSB #235450
Email: dboyer@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
Telephone: 503-243-2081

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.B.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEVI GRAY, JAYSON LEAK, PAUL KIZER, JOHN WALLACE, JAMIE DENNISON, FELIPE URZUA-PEREZ, STEPHEN MARTIN, THOMAS JOST, ROBERT YONALLY, LISA ARRINGTON, CHAD NAUGLE, NICOLE BROWN, MIKE REESE, and JOHN DOE,<br><br>　　　　Defendants. | NO.　3:23-cv-01962<br><br>DECLARATION OF　JB |

I,　JB　, hereby affirm and state as follows:

1. I have personal knowledge of the information contained in this declaration. If called

Page 1　　DECLARATION OF　　JB　　　　　　　　LYNN S. WALSH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　OSB# 924955
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　610 SW Alder St., #415
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Portland, OR 97205
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　503-790-2772
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　lynn@lynnwalshlaw.com

upon to do so, I could and would competently testify regarding the matters set forth herein.

2. I am the Plaintiff referenced as JB in this lawsuit.

3. I have reviewed the factual allegations in the Complaint, and to the best of my knowledge, they are true and correct.

4. First, I want the Court to know that if I had it to do over again, I would not cooperate with the Oregon State Police or the Washington County District Attorney's Office in their prosecution of Levi Gray for sexually abusing me. Since my cooperation with law enforcement, my conditions of confinement and the retaliation I have endured are intolerable. It is my firm belief that I will not survive this prison sentence. My current release date is May 25, 2025.

5. I am currently 20 years old. The sexual abuse by Levi Gray occurred when I was still 19 years old. I believe I am the youngest person at Coffee Creek Correctional Facility (CCCF).

6. I have mental health disabilities. My diagnoses were confirmed recently by an ODOC contracted psychologist. The diagnoses are Attention-Deficit Hyperactivity Disorder, Posttraumatic Stress Disorder (PTSD), Borderline Personality Disorder and Antisocial Personality Disorder.

7. I had a difficult childhood that consisted of severe physical and sexual abuse. My mother regularly waterboarded me and hit me so hard that I ended up in a coma when I was 11 years old. I was a child sex trafficking victim from the ages of 14-17. I of course suffered numerous other childhood traumas.

LYNN S. WALSH
OSB# 924955
610 SW Alder St., #415
Portland, OR 97205
503-790-2772
lynn@lynnwalshlaw.com

8. I frequently self-injure or cut myself as a way to cope with my emotional pain. I have also attempted suicide numerous times, both before coming to prison and since coming to prison.

9. I came to Coffee Creek in March of 2022.

10. In approximately January, 2023 I ended up in the Disciplinary Segregation Unit after fighting with another Adult in Custody.

11. During this time, I attempted suicide, and I was placed on suicide watch. This is when I met defendant Gray. He began behaving sexually inappropriately towards me while I was on suicide watch.

12. In early April 2023, Gray had me moved to a cell that contained a sally port (an enclosed area outside the cell) and no camera. He did this so he could sexually abuse me.

13. For the remainder of April and until May 23, 2023, I was repeatedly sexually and physically abused by defendant Gray. It is my opinion that the officers all knew that the abuse was taking place. This is because they are supposed to do rounds every 30 minutes, yet defendant Gray was sexually abusing me for longer than 40 minutes at a time, sometimes more than once a day. Further, Coffee Creek has a Rule of Three, i.e., no prisoner and officer should be alone together. Obviously, this rule was not adhered to.

14. I am also of the opinion that Lt. Leak is friends with defendant Gray. I know this from my observations of their interactions.

15. I also believe that other named defendants knew that the abuse was taking place because they were working while I was being sexually abused. These defendants are John Wallace, Jamie Dennison, Felipe Urzua-Perez, and Stephen Martin. In the DSU, it is

LYNN S. WALSH
OSB# 924955
610 SW Alder St., #415
Portland, OR 97205
503-790-2772
lynn@lynnwalshlaw.com

simply impossible that the officers who regularly worked in DSU (the 5 day officers) did not know sexual abuse was taking place. I could see officers walking by my cell, and not looking in to see if I was safe. I was not.

16. I did not report the abuse out of fear of retaliation. Another adult in custody reported the abuse, and another officer, Officer Hall, immediately took action.

17. I filed a PREA grievance and received a response concluding the grievance procedure.

18. Since May 23, 2023, I have been housed mostly in the DSU, with some time in the MHI.

19. Shortly after the abuse happened, I was sexually harassed by defendant Kizer. I filed a grievance and received a response concluding the grievance procedure. Even though I have been raped, and now harassed, CCCF management put Kizer back into the DSU, and I have to see him frequently.

20. Since Levi was reported, life in segregation has become hell on earth for me. First, I am back in the same unit where the abuse happened, thus triggering my PTSD. Second, I am around Gray's friends, and particularly Lt. Leak and Lt. Yonally, who seem to want to trigger me into acting out. I am not safe in DSU.

21. On June 6, 2023, I met with Captain Gonzales and others stating that I did not want to be around Lt. Leak, nor did I want him involved in my programming because I am uncomfortable around him. Leak entered the room, I told Captain Gonzales I did not want Leak in the room, and Leak wrote me up for Disobedience of an Order I and Disrespect II. Because the video did not support Leak's version of events, the hearings officer dismissed the charges.

LYNN S. WALSH
OSB# 924955
610 SW Alder St., #415
Portland, OR 97205
503-790-2772
lynn@lynnwalshlaw.com

22. On July 6, 2023, Superintendent Nicole Brown came to see me. I told her I am not safe in segregation. I further stated that the same officers who knowingly failed to protect me from Sgt. Gray are working here, and I am being subjected to retaliation by some of the officers including Lt. Leak. I further told her I was a victim of sexual harassment by officer Kizer. Yet, Superintendent Brown stated that she does not have enough staff to remove the retaliating officers from segregation.

23. On July 13, 2023, I filed a grievance against Superintendent Brown summarizing our above conversation and further explained that the retaliation was a violation of PREA regulations. I asked her to let me complete my program in another part of the prison where I will be safe from retaliation and sexual harassment. My grievance was wrongfully denied by Arrington.

24. Most of the officers who work in DSU do not treat me with any respect or kindness. As a result, I hate these people who work in segregation, and I now have incontrollable rages towards them that have gotten so bad, that I do not always remember what happened.

25. My rages started with simply swearing at them. The words I say to the officers are pretty awful. They continually discipline me for swearing at them, usually with disciplinary rule violations for Disrespect of an Officer. They do not seem to understand that I cannot respect them and I will never respect them. Thus, my swearing outbursts will continue, because it is all that I have left. Because of all of my disciplinary rule violations, my prison sentence will most likely be longer than the current release date of May 25, 2025, but I do not care because I really do not expect to live that long.

26. I have had some suicide attempts since the abuse was reported.

Page 5        DECLARATION OF        JB                LYNN S. WALSH
OSB# 924955
610 SW Alder St., #415
Portland, OR 97205
503-790-2772
lynn@lynnwalshlaw.com

27. Sometimes when I get bad thoughts, I press my emergency button so that I can talk to BHS, but no one responds to my emergency button, or they respond and refuse me BHS.

28. BHS is not helpful anyways because they do not allow me to discuss the abuse by Levi Gray, thus my PTSD just continues to fester until I explode into another rage, and then I get disciplined again. Attached as Exhibit 1 is a letter from Erica Sage, the top PREA person, who says I cannot discuss being raped by Levi Gray with BHS. Attached as Exhibit 2 are letters from Amanda VanArkin who is in the Inspector General's Office, which essentially says the same thing, i.e., no treatment for my PTSD.

29. In November 2023, I was continually sexually harassed by another AIC for weeks. She said awful things about me and Sgt. Gray, yelling and screaming these awful things to the entire DSU. This would go on for hours, and went on for weeks. She yelled so loud, that both Lynn Walsh and Meghan Asphaga could hear what she was saying when I was on the phone with them. I kept asking the officers to make it stop, and they did not. I kept telling my lawyers they had to do something or I was not going to make it in DSU. I know that Meghan Asphaga called the inspector general, but that did not help. It is my understanding that my lawyers reached out to Matt Lysne of ODOJ in order to stop the harassment. But, they still let her come over to my area to clean, and she still says stuff.

30. I am aware that Ms. Asphaga sent an email to Matt Lysne of ODOJ that accurately summarizes the awful harassment by the other AIC, so it spares me from repeating it here. I tried to file a grievance regarding this, which was wrongfully denied by Arrington. When I tried to refile it and direct her to the Oregon Administrative Rules that show she was wrong for denying my grievance, she denied it again.

LYNN S. WALSH
OSB# 924955
610 SW Alder St., #415
Portland, OR 97205
503-790-2772
lynn@lynnwalshlaw.com

31. As a result of the continuous harassment and retaliation summarized above, My PTSD has gotten to the point of being 100% disabling. I get so many DRs and cell-ins (low level punishment that does not rise to a DR violation), that sometimes I cannot keep them straight in my mind. I have so few privileges that losing more privileges is really kind of irrelevant. I am confined 24/7 to my cell most of the time, and sometimes days at a time without a shower, dayroom, or outdoor time. In fact, I rarely get any time outside. I have gone months without going outside.

32. Currently, my only "privilege," which is my legal right, is the ability to call my attorney Lynn Walsh. Usually, this happens when I've had another meltdown or gone into a rage. It is easier for officers to let me speak with my attorney than to deal with me, so they call her and she is usually available.

33. The officers in the DSU have pushed me past the point of functional. In fact, they have had to stop operations at the prison, send everyone to their cells and get a team together to respond to my cell. Then they try to negotiate with me. They have offered a movie, but I demand to talk to my lawyer, and they call my lawyer, Ms. Walsh.

34. I have been threatened with the restraint chair. I've been slammed into the concrete floor and concrete walls on numerous occasions. They bend my wrists and elbows in ways that they don't go. They put the leg restraints on so tight I can't walk, so they drag me.

35. On Sunday, December 8, 2023, I suffered a medical emergency where my limbs were numb and I could not speak. The officers ignored my please for help, and refused to call medical. This went on for what I believe was a couple of hours. Finally, I resorted to calling my lawyer Lynn Walsh. I had kept an AIC phone in my cell. Because of inability

LYNN S. WALSH
OSB# 924955
610 SW Alder St., #415
Portland, OR 97205
503-790-2772
lynn@lynnwalshlaw.com

to speak, Ms. Walsh could not understand me. But, she called Captain Gonzales and she told me that he was calling CCCF. She stayed on the phone with me the entire time, yet medical was not responding. I know she called Captain Gonzales again because she told me to "tell Captain Gonzales hello." I tried but could not say the words. Because the medical response was taking so long, Ms. Walsh told me to press my emergency button, which I did with great difficulty because of my numb limbs. An officer responded and stated medical would come at 5:30 pm "after count." I tried to tell Ms. Walsh this, but she could not understand me. Medical finally arrived, moved me to the infirmary, and I never saw a doctor or nurse practitioner. At some point during the evening, Lt. Leak insinuated I was faking stating something to the effect that the phone system voice recognition would not have worked. It did.

36. I am allergic to many things. Penicillin, fish, and numerous other items. I believe I had a reaction because the nurses use the same cup to dispense people their medications, and I believe I got the residue of other medications that caused an allergic reaction, causing my throat to close. So, medical gave me a drug which I believe was prednisone, which was what caused the reaction rendering me unable to speak or use my limbs. As a side note, even though I am deathly allergic to fish, I have received fish in my food. Fortunately, I always catch it.

37. On December 20, 2023, the officers stormed my cell. This all started the night before. I had another allergic reaction to something, and my throat starting closing. I requested an EPI pen, but I did not get it. I also requested Benadryl, but did not receive it. I was vomiting with my throat closing, yet I received no meaningful medical treatment.

LYNN S. WALSH
OSB# 924955
610 SW Alder St., #415
Portland, OR 97205
503-790-2772
lynn@lynnwalshlaw.com

Eventually a nurse came to see me, but the on-call provider refused to provide any type of medication for me. I lasted the night, and in the morning I put my mattress up against my cell door and refused to take it down until I saw medical because I was still experiencing a closing throat. I was refused medical. I had the mattress up against the cell door for at least three hours, and the officers decided to do a forced cell extraction while I was on the phone with DRO attorney Meghan Apshaga. They knew I was speaking with her because they brought me the phone. They dragged me through the dayroom in nothing but my underwear, and placed me into the shower for several hours. The only way they got me back to my cell was because I demanded to have a phone call with my lawyer Lynn Walsh, so they gave me the phone when I got back to the cell. This has exacerbated my PTSD, if that is even possible. I then spent the night with nothing but a suicide blanket that does not cover me all the way. I had no mattress, no sweats, no sweater, and I was NOT on suicide watch. I was freezing all night. In the morning, Officer Turner (who had just come on duty) brought me some sweats and a sweater after I woke up.

38. I have been sexually, physically and emotionally abused my entire life, and it has to stop. The sexual, physical and emotional abuse that I am suffering in this prison is no different than the childhood abuse I experienced, and in fact may be worse.

39. I am not safe in this prison. I need to be moved somewhere where I can be safe. Everything about this prison triggers my PTSD. I need to be out of this prison and somewhere where I can receive appropriate treatment for my extreme PTSD. I am willing to go the Oregon State Hospital, or Unity Hospital, or if necessary, I am willing to

Page 9   DECLARATION OF   JB

LYNN S. WALSH
OSB# 924955
610 SW Alder St., #415
Portland, OR 97205
503-790-2772
lynn@lynnwalshlaw.com

be moved to the State of Washington, but only as a last resort. I just know I cannot stay here any longer and actually stay alive.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on 21st day of December in Wilsonville, Oregon.



JB aka JB
Plaintiff

LYNN S. WALSH
OSB# 924955
610 SW Alder St., #415
Portland, OR 97205
503-790-2772
lynn@lynnwalshlaw.com