

**Oregon Department of Corrections**
Office of the Inspector General
3601 State Street
Salem, OR 97310
Voice: 503-945-0988
Fax: 503-373-7092
oregon.gov/DOC

June 23, 2023

AIC        JB         , SID [redacted]
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Rd.
Wilsonville, Oregon 97070

Dear AIC     JB    ,

This letter is in response to your communication to me, dated June 15, 2023.

The Department of Corrections (DOC) takes all allegations of sexual abuse, sexual harassment, or retaliation for reporting such incidents seriously

The PREA team in central office has had several conversations with staff and administration at CCCF regarding your concerns. Some issues are still being reviewed and some have already been addressed. We are continuing to monitor your situation, including ensuring you are afforded an in-person check in with PREA staff at the facility to discuss any concerns you might have. I spoke with Lt. Ervin this morning, who updated me on the status of your housing situations and information you have provided her. Please continue to work with her and Captain Gonzalez on any concerns you may have.

It is important that you and staff do not discuss the allegations. We need to ensure the criminal investigation is not compromised in any way, so although we want you to seek assistance for treatment, we cannot discuss the details case other than to pass along information to the investigator.

I communicated with the BHS Manager, J. Duval yesterday to ensure you are being adequately treated by mental health for the incident. She let me know that between 5/25 and 6/26, you have been seen by a BHS staff or scheduled to be seen fourteen separate appointments. It is important to note that BHS can not discuss details of the allegations for reasons already described, however, victims of sexual abuse are evaluated and are provided clinically indicated services to help manage mental health symptoms.

*The mission of the Oregon Department of Corrections is to promote public safety by holding offenders accountable for their actions and reducing the risk of future criminal behavior.*

DECLARATION OF JB                                      EXHIBIT 1



Oregon Department of Corrections
Office of the Inspector General
3601 State Street
Salem, OR 97310
Voice: 503-945-0988
Fax: 503-373-7092
oregon.gov/DOC

I would encourage you to continue to work with outside, confidential victim advocates, such as the Center for Hope and Safety. They can provide emotional support and can discuss details of the case since they have received privilege by law. You can Lt. Ervin or Capt. Gonzalez to assist you in scheduling in-person or telephonic visits as needed. You can also have an advocate present during any investigative interview you may have.

If you would like additional information about PREA and the agency's zero-tolerance standard to sexual abuse inside the institutions, please go to the legal library. I have sent each legal library the Act, the PREA Standards and the PREA Policy. If you have an immediately concern you can tell staff, tell a supervisor, or call the PREA hotline by dialing *91.

Thank you for brining your concerns forward.

Sincerely,

*Ericka Sage*

Ericka Sage
ODOC Agency PREA Coordinator

cc: File

*The mission of the Oregon Department of Corrections is to promote public safety by holding offenders accountable for their actions and reducing the risk of future criminal behavior.*

DECLARATION OF JB      EXHIBIT 1