

**Oregon Department of Corrections**
Office of the Inspector General
3601 State Street
Salem, OR 97310
Voice: 503-945-0988
Fax: 503-373-7092
oregon.gov/DOC

July 3, 2023

JB   SID# [redacted]
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Rd.
Wilsonville, Oregon 97070

Dear AIC JB ,

This letter is in response to your communication to me, dated June 25, 2023.

The HQ PREA Team has had several conversations with staff and administration at CCCF regarding your concerns. Some issues are still being reviewed and some have already been addressed. We are continuing to monitor your situation, including ensuring you are afforded an in-person check in with PREA staff at the facility to discuss any concerns you might have. Please work with Captain Gonzalez and Lieutenant Ervin for any concerns you may have.

It is not routine for HQ PREA staff to physically check on AICs; for the most part, we monitor remotely. We have been monitoring or participating in meetings related to your care. We are ensuring that all reported allegations of retaliation are immediately investigated. The Oregon Department of Corrections takes all report of sexual abuse, sexual harassment, and retaliation for reporting sexual abuse or sexual harassment seriously.

It is important that you do not discuss the allegations with facility staff. We need to ensure the criminal investigation is not compromised in any way, so although we want you to seek assistance for treatment, we cannot discuss the details of the case other than to pass along information to the investigator.

I am aware that the BHS Manager, Ms. Duval, is monitoring you and providing services. I have contacted her to let her know of your feelings related to self-harm. BHS cannot discuss details of the allegations for reasons already described; however, victims of sexual abuse are evaluated and are provided clinically indicated services to help manage mental health symptoms.

I would encourage you to continue to work with outside, confidential victim advocates, such as the Center for Hope and Safety. They can provide emotional support and can discuss details of the case since they have received privilege by law. Captain Gonzalez or Lieutenant Ervin will continue scheduling in-person or telephonic visits as needed. You can have an advocate present during any investigative interview, as well.

If you would like additional information about PREA and the agency's zero-tolerance standard to sexual abuse inside the institutions, please go to the legal library. Each legal library has the Act, the PREA Standards, and the PREA Policy. If you have an immediate concern, please tell staff, tell a supervisor, or call the PREA hotline by dialing *91.

*The mission of the Oregon Department of Corrections is to promote public safety by holding offenders accountable for their actions and reducing the risk of future criminal behavior.*

DECLARATION OF JB                    EXHIBIT 2



Oregon Department of Corrections
Office of the Inspector General
3601 State Street
Salem, OR 97310
Voice: 503-945-0988
Fax: 503-373-7092
oregon.gov/DOC

Thank you for bringing your concerns forward.

Sincerely,

Amanda van Arcken
PREA Compliance Captain

cc: Captain Gonzalez, CCCF PCM
Lieutenant Ervin, CCCF SAL
File

*The mission of the Oregon Department of Corrections is to promote public safety by holding offenders accountable for their actions and reducing the risk of future criminal behavior.*

DECLARATION OF JB          EXHIBIT 2



Oregon Department of Corrections
Office of the Inspector General
3601 State Street
Salem, OR 97310
Voice: 503-945-0988
Fax: 503-373-7092
oregon.gov/DOC

Tina Kotek, Governor

July 20, 2023

JB     SID# [redacted]
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Rd.
Wilsonville, Oregon 97070

Dear AIC JB,

This letter is in response to your communication to me, dated July 12, 2023.

As I mentioned I my prior response, it is not routine for HQ PREA staff to physically check on AICs; for the most part, we monitor remotely. The Oregon Department of Corrections takes all reports of sexual abuse, sexual harassment, and retaliation for reporting sexual abuse or sexual harassment seriously. If you believe you have experienced retaliation that has not yet been reported, I encourage you to report it to Captain Gonzalez or Lieutenant Ervin so that it can be investigated.

If you would like to meet with BHS, please send them an AIC communication form and request an appointment. BHS cannot discuss details of the allegations. Victims of sexual abuse are evaluated and are provided clinically indicated services to help manage mental health symptoms.

Contact with an attorney must be arranged through the proper channels at the facility; if you are unsure how to schedule with an attorney, Captain Gonzalez or Lieutenant Ervin can explain the process to you at your next check in, or you can send an AIC communication form to the legal library.

I would encourage you to continue to work with outside, confidential victim advocates, such as the Center for Hope and Safety. They can provide emotional support and can discuss details of the case since they have received privilege by law. Captain Gonzalez or Lieutenant Ervin are your point of contact for scheduling in-person or telephonic visits. You can have an advocate present during any investigative interview, as well. These calls are not recorded or monitored in any way; they are protected in the same manner that legal calls are protected. Please note that if you request the phone to call an advocate and then make calls to other parties instead, the facility can see that activity and hold you accountable.

I do not have any information related to your inability to access recreation. Staff will provide you with recreation opportunities as facility operations and your individual behavior plan permit. If you continue to experience issues related to recreation, please speak with the SHU Lieutenant, Captain Gonzalez, or Lieutenant Ervin.

[Continued on second page.]

*The mission of the Oregon Department of Corrections is to promote public safety by holding offenders accountable for their actions and reducing the risk of future criminal behavior.*

DECLARATION OF JB          EXHIBIT 2



**Oregon Department of Corrections**
Office of the Inspector General
3601 State Street
Salem, OR 97310
Voice: 503-945-0988
Fax: 503-373-7092
oregon.gov/DOC

Thank you for bringing your concerns forward.

Sincerely,

*Amanda van Arcken*
Amanda van Arcken
PREA Compliance Captain

cc:   Captain Gonzalez, CCCF PCM
      Lieutenant Ervin, CCCF SAL
      File

The remainder of this page has been left blank intentionally.

*The mission of the Oregon Department of Corrections is to promote public safety by holding offenders accountable for their actions and reducing the risk of future criminal behavior.*

DECLARATION OF JB          EXHIBIT 2