# UNITED STATES DISTRICT COURT

for the

### District of Oregon ▾

| | |
|---|---|
| J.B. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:23-cv-01962-AN |
| LEVI GRAY, JAYSON LEAK, PAUL KIZER, JOHN | ) |
| WALLACE, JAMIE DENNISON, FELIPE | ) |
| URZUA-PEREZ, STEPHEN MARTIN, THOMAS | ) |
| JOST, ROBERT YONALLY, LISA ARRINGTON, | ) |
| CHAD NAUGLE, NICOLE BROWN, MIKE REESE, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Levi David Gray
11412 Arndt Rd NE
Aurora, OR 97002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lynn S. Walsh
610 SW Alder St., #415
Portland, Oregon 97205
Email: lynn@lynnwalshlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MELISSA AUBIN, Clerk of Court**

Date: 01/26/2024                    By: s/G. Davis, Deputy Clerk

Civil Action No.  3:23-cv-01962-AN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Levi Gray

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: