# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 3:23-CV-01962-AN

Plaintiff:
**J.B.,**

vs.

Defendants:
**Levi Gray, et al.,**

Received by RUSH PROCESS SERVICE, INC. to be served on **Levi David Gray, 2232 SE Pine St, #7, Portland, OR 97214**.

I, Mitchell R. Clark, being duly sworn, depose and say that on the **31st day of January, 2024 at 5:34 pm, I:**

Personally served **Levi David Gray** a copy of **Summons; Complaint; Civil Case Assignment Order** at **2232 SE Pine St, #7, Portland, OR 97214.**

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 5 day of February, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL STAMP
CHRISTOPHER JOHN PFEIFFER
NOTARY PUBLIC - OREGON
COMMISSION NO. 1023950
MY COMMISSION EXPIRES MAY 16, 2026

**Mitchell R. Clark**
Process Server
2-5-2024
**Date**

**RUSH PROCESS SERVICE, INC.**
2014 N.E. Sandy Blvd., Suite 204
Portland, OR 97232
(503) 232-3667

Our Job Serial Number: SKS-2024001102