FILED 16 FEB '24 13:25 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.B., <br><br> Plaintiff <br><br> v. <br><br> LEVI DAVID GRAY, et. al. <br><br> Defendants | Court No. 3:23-cv-01962AN <br><br> **UNOPPOSED MOTION TO EXTEND TIME FOR 30 DAYS TO FILE ANSWER** |

The defendant, Levi Gray, acting pro se, moves this Court for an order extending time for 30 days within which to file an answer to the complaint. This motion is not opposed by the plaintiff and is based on my declaration that follows:

**DECLARATION OF LEVI GRAY**

I, LEVI GRAY, declare under penalty of perjury as follows:

1. I am now representing myself but am looking to retain an attorney.
2. I was served with the complaint on or about January 26, 2024. I understand that my answer is due 30 days from the date of service, or on February 26, 2024.

3. Attorney Michael R. Levine represents me in a related criminal case pending in Washington County.

4. At my request Mr. Levine spoke with Lynn Walsh the attorney for the plaintiff in this case.

5. Mr. Levine told me that Ms. Walsh has no objection to a 30-day extension of time to answer the complaint; that is, until March 26, 2024.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING FACTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Dated: 2-15-24

Levi Gray
Pro Se
503.519.5600
2232 SE Pine St #7
Portland, OR
97214

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a true and correct copy of the foregoing Motion to Extend Time by email follows:

lynn@lynnwalshlaw.com

Dated 2-15-24

Levi Gray
Pro Se