CASE # 3:23-cv-09162-AN

FILED 27 MAR '24 13:31 USDC-ORP

Levi Gray

Levvus007@gmail.com

2232 SE Pine St #7

Portland, Or

97214

503-519-5600


Defendant appearing Pro Se


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DIVISION


23.    False. When I first met the plaintiff on suicide watch, I deny behaving sexually inappropriately towards the plaintiff. I said nothing that was sexual in nature towards the plaintiff.

24.    False. I was allowed to continue to work because I was cleared of any wrongdoing. There was evidence that the complainant was acting in retaliation due to being written up. There was also a recorded phone call that the complainant made this allegation to profit money.

25.    False. I was cleared of this allegation.

27.    True. I did work for the Viewpoint Lounge. I later filed a civil complaint for wrongful termination due to protecting the female workers from the owner and his business practices.

30.    False. The plaintiff had asked to be moved to cell 108, because she did not want to be on camera while using the restroom. The plaintiff had asked the dayshift Lieutenant and the Defendant to be moved. I had to get permission for the Lieutenant before moving her to

cell 108. An officer working the shift also gave account to the OSP detectives that the Plaintiff had asked to be moved to cell 108. We had asked the Plaintiff to move to cell 104. however the Plaintiff asked to not be moved to cell 104 due to being next to another inmate that the Plaintiff did not get along with.

31. False. Based on the Plaintiff's own account to OSP detectives, the Plaintiff stated the alleged abuse began when she moved to cell 108. The plaintiff was moved to cell 108 on May 2nd, 2023. The Defendant only worked 8 days in the month of May. There could not have been any abuse in the month of April 2023. The Plaintiff claimed that the Defendant force her to perform oral sex on the Defendant 40-50 times through a cuff port in the 8 days of May the Defendant worked. The Plaintiff also has claimed that the Defendant forced, through a cuff port, for the Plaintiff to allow the Defendant to perform oral sex on the Plaintiff. This is physically impossible act to perform in an enclosed space. This is taken from the Defendant allegations made to OSP detectives.

32. False.

DEFENDANTS NAME

_____    DATE 3·26·24
Levi Gray