ELLEN F. ROSENBLUM
Attorney General
NATHAN RIEMERSMA #164699
Assistant Attorney General
NATHAN K RIEMERSMA #164699
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Nathan.K.Riemersma@doj.state.or.us
Nathan.K.Riemersma@doj.state.or.us
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.B., <br><br> Plaintiff, <br><br> v. <br><br> LEVI GRAY, JAYSON LEAK, PAUL KIZER, JOHN WALLACE, JAMIE DENNISON, FELIPE URZUA-PEREZ, STEPHEN MARTIN, THOMAS JOST, ROBERT YONALLY, LISA ARRINGTON, CHAD NAUGLE, NICOLE BROWN, MIKE REESE, and JOHN DOE, <br><br> Defendants. | Case No. 3:23-cv-01962-AN <br><br> STIPULATED MOTION FOR EXTENSION OF TIME |

## L.R. 7-1(a)(1) CERTIFICATE OF CONFERRAL

Counsels for the Plaintiff, Counsels for the State Defendants, as well as *pro se* Defendant

Levi Gray have conferred and stipulate to file this motion jointly.

Page 1 -   STIPULATED MOTION FOR EXTENSION OF TIME
NKR/dd2/938005218

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## MOTION

The Parties respectfully move this Court pursuant to Fed. R. Civ. P. 6 for an extension of time with respect to the current deadlines set in this case. Currently, the deadline to complete discovery is April 23, 2024 and the deadline to submit the Joint ADR Report and Pretrial Order is May 28, 2024. The parties propose an extension of those deadlines and the setting of others as follows:

- Close of Discovery December 6, 2024
- Expert Disclosures January 10, 2025
- Rebuttal Reports February 7, 2025
- Close of Expert Discovery March 7, 2025
- Dispositive Motions/Joint ADR Report April 4, 2025
- Trial Order to be filed following resolution of dispositive motions

The extension of time is necessary to complete discovery and attempt pre-trial resolution. The extension also contemplates AAG Matthew Maile's expected Paternity Leave to be taken between June 1 through August 31, 2024. This motion is not made for the purposes of unnecessary delay.

DATED April 19, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Matthew A. Maile*
NATHAN K RIEMERSMA #164699
Senior Assistant Attorney General
Attorney for State Defendants

*s/ Lynn S. Walsh*
LYNN S. WALSH #164699
Of Attorney for Plaintiff

*s/ Levi Gray*
LEVI GRAY
Pro Se Defendant

Page 2 -   STIPULATED MOTION FOR EXTENSION OF TIME
NKR/dd2/938005218

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

**CERTIFICATE OF SERVICE**

I certify that on April  19  , 2024, I served the foregoing STIPULATED MOTION FOR EXTENSION OF TIME upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Lynn Walsh, OSB#924955<br>610 SW Alder St., #415<br>Portland, OR 97205<br>    Attorney for Plaintiff | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |
| Meghan Apshaga, OSB#232137<br>David Boyer #235450<br>Disability Rights Oregon<br>511 SW 10th Ave., Ste. 200<br>Portland, OR 97205<br>    Co-Counsel for Plaintiff | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |
| Levi Gray<br>9470 SW Mandamus Ct.<br>Tigard, OR 97223<br>    Pro Se Defendant | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |

    *s/ Matthew A. Maile*
NATHAN RIEMERSMA #164699
Assistant Attorney General
MATTHEW A. MAILE #181761
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Nathan.K.Riemersma@doj.state.or.us
matthew.maile@doj.state.or.us
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
          M5M/dd2/938005221

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791