Lynn S. Walsh, OSB #924955
email: lynn@lynnwalshlaw.com
610 SW Alder St., #415
Portland, Oregon 97205
Telephone: 503-790-2772
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.B., <br><br> Plaintiff, <br><br> vs. <br><br> LEVI GRAY et al., <br><br> Defendants. | NO. 3:23-cv-01962-CL <br><br> UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES |

Pursuant to LR 7-1(a), counsel for plaintiff certifies that she has conferred with defense counsel and Mr. Gray, and they do not oppose this motion.

Pursuant to FRCP 6(b), the plaintiff moves the court to extend the case management deadlines by approximately six months as follows:

| | |
|---|---|
| Close of Fact Discovery | June 6, 2025 |
| Expert Disclosures | July 3, 2025 |
| Rebuttal Reports | August 1, 2025 |
| Close of Expert Discovery | September 5, 2025 |
| Dispositive Motions/Joint ADR Report | October 3, 2025 |

Page 1   UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

LYNN S. WALSH,
OSB#92495
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com

This unopposed motion is requested because the parties have not completed discovery.

This unopposed motion is supported by the declaration of Lynn S. Walsh attached hereto.

DATED: November 4, 2024

        /s/ Lynn S. Walsh
Lynn S. Walsh, OSB #924955
Attorney for Plaintiff

Page 2    UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

LYNN S. WALSH,
OSB#924955
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com

CERTIFICATE OF SERVICE

      I certify that I mailed via first class mail and email the following Unopposed Motion to Extend Case Management Deadlines on November 4, 2024 to the following individuals:

Levi Gray
2232 SE Pine St. #7
Portland, OR 97214
levvus007@gmail.com


      /s/ Lynn S. Walsh
Lynn S. Walsh, OSB #924955
Attorney for plaintiff

Page 3  UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

LYNN S. WALSH,
OSB#924955
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com