Lynn S. Walsh, OSB #924955
email: lynn@lynnwalshlaw.com
610 SW Alder St., #415
Portland, Oregon 97205
Telephone: 503-790-2772
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| J.B., <br><br> Plaintiff, <br><br> vs. <br><br> LEVI GRAY et al., <br><br> Defendants. | NO. 3:23-cv-01962-CL <br><br> DECLARATION OF LYNN S. WALSH IN SUPPORT OF UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES |

I, Lynn S. Walsh, declare as follows pursuant to 28 USC§1746:

1. I represent the plaintiff in the above-captioned matter. I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein.

2. This declaration is made in support of plaintiff's Unopposed Motion to Extend Case Management Deadlines. Plaintiff seeks to extend the case management deadlines by about six months.

Page 1    DECLARATION OF LYNN S. WALSH IN SUPPORT OF UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

LYNN S. WALSH, OSB#92495
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com

3. The parties have already engaged in significant discovery through pre-litigation public records requests, by Plaintiff's First Request for Production that was served upon the State defendants (all defendants excluding Gray) on March 18, 2024, Plaintiff's Second Request for Production served upon the State defendants on October 25, 2024, and several discovery requests served upon defendant Gray.

4. Mr. Gray (who is unrepresented) has timely responded to plaintiff's discovery requests to the best of his ability. Although the State defendants have produced many documents responsive to the First Request for Production, plaintiff is still waiting for numerous additional documents. Further, although plaintiff has attempted to set up some depositions and arrange for a prison tour, the dates for these events have not been forthcoming from defense counsel. It is my understanding that the defense is overwhelmed with other cases thus causing their slow response to discovery requests and our multiple emails.

5. In addition to the documents which the defendants have promised to produce, there are some documents to which they object. Plaintiff's counsel is actively attempting to set up times to confer regarding discovery requests in order to avoid a motion to compel. At this point, ODOJ defense counsel has been unavailable for a conferral.

6. Lastly, plaintiff intends to amend the Complaint to add one party and additional claims, some of which occurred after the filing of this lawsuit. The Statute of Limitations has not yet run against any new parties or claims.

7. Mr. Gray and Defense counsel do not oppose this motion.

8. This motion is made in good faith and not for the purposes of delay. I declare under

DECLARATION OF LYNN S. WALSH IN SUPPORT OF UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

LYNN S. WALSH,
OSB#924955
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com

penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2024 at White Salmon, WA.


    /s/ Lynn S. Walsh
Lynn S. Walsh, OSB #92495
Attorney for plaintiff

Page 3    DECLARATION OF LYNN S. WALSH IN
          SUPPORT OF UNOPPOSED MOTION TO
          EXTEND CASE MANAGEMENT DEADLINES

LYNN S. WALSH,
OSB#924955
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com

# CERTIFICATE OF SERVICE

      I certify that I mailed via first class mail and email the following DECLARATION OF LYNN S. WALSH IN SUPPORT OF UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES on November 4, 2024 to the following individuals:

Levi Gray
2232 SE Pine St. #7
Portland, OR 97214
levvus007@gmail.com

                                /s/ Lynn S. Walsh
                                Lynn S. Walsh, OSB #924955
                                Attorney for plaintiff

Page 4    DECLARATION OF LYNN S. WALSH IN SUPPORT OF UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

LYNN S. WALSH,
OSB#924955
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com