DAN RAYFIELD
Attorney General
NATHAN K RIEMERSMA #164699
MATTHEW MAILE # 181761
Assistant Attorney General
CARTER BRACE #243828
Honors Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Nathan.K.Riemersma@doj.oregon.gov
       matthew.maile@doj.oregon.gov
       carter.brace@doj.oregon.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.B.,<br><br>    Plaintiff,<br><br>    v.<br><br>LEVI GRAY, JAYSON LEAK, PAUL KIZER, JOHN WALLACE, JAMIE DENNISON, FELIPE URZUA-PEREZ, STEPHEN MARTIN, THOMAS JOST, ROBERT YONALLY, LISA ARRINGTON, CHAD NAUGLE, NICOLE BROWN, MIKE REESE, and JOHN DOE,<br><br>    Defendants. | Case No. 3:23-cv-01962-CL<br><br>DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

    Counsel, Nathan Riemersma, certifies pursuant to L.R. 7-1(a)(1)(A) that counsel has conferred with Plaintiff's counsel Lynn Walsh, and she does not object to this motion.

Page 1 -    DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER
        NKR/ts5/985003346

# MOTION

Defendants Jayson Leak, Paul Kizer, John Wallace, Jamie Dennison, Felipe Urzua-Perez, Stephen Martin, Thomas Jost, Robert Yonally, Lisa Arrington, Chad Naugle, Nichole Brown, and State of Oregon through undersigned counsel, as well as newly named Defendant David Gonzalez making this limited appearance through undersigned counsel to respectfully move the Court for a 14-day extension of time up to and including March 21, 2025, within which to obtain representation authority pursuant to ORS 180.060(8) for the newly named state defendant David Gonzalez and file the Answer.

This request is made in good faith and not for the purposes of delay, and is supported by the declaration of Nathan Riemersma, Assistant Attorney General, and the records and files herein.

DATED March  7, 2025.

        Respectfully submitted,

        DAN RAYFIELD
        Attorney General


            *s/ Nathan K Riemersma*
        NATHAN K RIEMERSMA #164699
        MATTHEW MAILE #181761
        Assistant Attorney General
        CARTER BRACE #243828
        Honors Attorney General
        Trial Attorney
        Tel (503) 947-4700
        Fax (503) 947-4791
        Nathan.K.Riemersma@doj.oregon.gov
        matthew.maile@doj.oregon.gov
        carter.brace@doj.oregon.gov
        Of Attorneys for Defendants

Page 2 -   DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER
NKR/ts5/985003346

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791