Lynn S. Walsh, OSB #924955
email: lynn@lynnwalshlaw.com
610 SW Alder St., #415
Portland, Oregon 97205
Telephone: 503-790-2772
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.B.,<br><br>            Plaintiff,<br><br>vs.<br><br>LEVI GRAY et al.,<br><br>            Defendants. | NO. 3:23-cv-01962-CL<br><br>MOTION TO EXTEND CASE MANAGEMENT DEADLINES |

    Pursuant to LR 7-1(a), counsel for plaintiff certifies that she has conferred with defense counsel for the state defendants, and they do not oppose this motion. Plaintiff's counsel declines to confer with defendant Levi Gray due to prior hostile communications from Mr. Gray.

    Pursuant to FRCP 6(b), the plaintiff moves the court to extend the case management deadlines by approximately five months as follows:

| | |
|---|---|
| Close of Fact Discovery | November 7, 2025 |
| Expert Disclosures | December 5, 2025 |
| Rebuttal Reports | January 5, 2026 |
| Close of Expert Discovery | February 2, 2026 |

Page 1    MOTION TO EXTEND CASE MANAGEMENT DEADLINES

LYNN S. WALSH,
OSB#92495
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com

Dispositive Motions/Joint ADR Report    March 6, 2026

This unopposed motion is requested because the plaintiff and the state defendants have scheduled a settlement conference with Judge Beckerman for May 20, 2025.  As a result, the plaintiff and the state defendants have decided to suspend the taking of multiple depositions (including plaintiff's deposition) until after the settlement conference, if necessary.  Due to the multiple depositions and scheduling issues, it is expected to take some time until depositions can be completed.  In addition, plaintiff is still waiting for numerous documents that have been request, but not yet provided.  This motion is supported by the declaration of Lynn S. Walsh attached hereto.

DATED:  March 21, 2025

    /s/ Lynn S. Walsh
Lynn S. Walsh, OSB #924955
Attorney for Plaintiff

Page 2    MOTION TO EXTEND CASE MANAGEMENT
                DEADLINES

LYNN S. WALSH,
OSB#924955
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com

CERTIFICATE OF SERVICE

     I certify that I mailed via first class mail and email the following Unopposed Motion to Extend Case Management Deadlines on March 21, 2025 to the following individuals:

Levi Gray
2232 SE Pine St. #7
Portland, OR 97214
levvus007@gmail.com

                                            /s/ Lynn S. Walsh
                                          Lynn S. Walsh, OSB #924955
                                          Attorney for plaintiff

Page 3    MOTION TO EXTEND CASE MANAGEMENT
         DEADLINES

LYNN S. WALSH,
OSB#924955
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com