DAN RAYFIELD
Attorney General
NATHAN K RIEMERSMA #164699
MATTHEW MAILE #181761
JESSICA SPOONER #105919
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Nathan.K.Riemersma@doj.oregon.gov
        matthew.maile@doj.oregon.gov
        jessica.b.spooner@doj.oregon.gov
Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.B.,<br><br>  Plaintiff,<br><br> v.<br><br>LEVI GRAY, JAYSON LEAK, PAUL KIZER, JOHN WALLACE, JAMIE DENNISON, FELIPE URZUA-PEREZ, STEPHEN MARTIN, THOMAS JOST, ROBERT YONALLY, LISA ARRINGTON, CHAD NAUGLE, NICOLE BROWN, MIKE REESE, and JOHN DOE,<br><br>  Defendants. | Case No. 3:23-cv-01962-CL<br><br>STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SANCTIONS |

**L.R. 7-1(a)(1) CERTIFICATE OF CONFERRAL**

  Counsel for the State Defendants, hereby certify that they have conferred with Plaintiff's counsel, and they do not object to this motion.

Page 1 -   STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO
   MOTION FOR SANCTIONS
   NKR/ts5/938005218

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## MOTION

Defendants respectfully move this Court for an extension of time with respect to the deadline to respond to Plaintiff's Motion for Sanctions. Currently the deadline to respond is October 3, 2025. Defendants request a two-week extension of that deadline to October 17, 2023.

This extension is necessary due to excessive workload and a pre-existing trial requiring attention and availability. The extension will assist Defendants in gathering and drafting information to respond to the motion.

Plaintiff does not object to this extension, and it is not made for the purpose of delay.

DATED October 3, 2025.

> Respectfully submitted,
>
> DAN RAYFIELD
> Attorney General
>
> *s/ Nathan K Riemersma*
> NATHAN K RIEMERSMA #164699
> MATTHEW MAILE #181761
> JESSICA SPOONER #105919
> Assistant Attorneys General
> Trial Attorney
> Tel (503) 947-4700
> Fax (503) 947-4791
> Nathan.K.Riemersma@doj.oregon.gov
> matthew.maile@doj.oregon.gov
> jessica.b.spooner@doj.oregon.gov
> Of Attorneys for Defendants

Page 2 - STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SANCTIONS
NKR/ts5/938005218

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791