DAN RAYFIELD
Attorney General
NATHAN K RIEMERSMA #164699
MATTHEW MAILE #181761
JESSICA SPOONER #105919
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Nathan.K.Riemersma@doj.oregon.gov
        matthew.maile@doj.oregon.gov
        jessica.b.spooner@doj.oregon.gov
Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.B.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEVI GRAY, JAYSON LEAK, PAUL KIZER, JOHN WALLACE, JAMIE DENNISON, FELIPE URZUA-PEREZ, STEPHEN MARTIN, THOMAS JOST, ROBERT YONALLY, LISA ARRINGTON, CHAD NAUGLE, NICOLE BROWN, MIKE REESE, and JOHN DOE,<br><br>　　　　Defendants. | Case No.  3:23-cv-01962-CL<br><br>STATE DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SANCTIONS |

**L.R. 7-1(a)(1) CERTIFICATE OF CONFERRAL**

　　Counsel for the State Defendants hereby certify that they have conferred with Plaintiff's counsel, and they do not object to this motion.

Page 1 -　STATE DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO
　　　　　RESPOND TO MOTION FOR SANCTIONS
　　　　　NKR/ts5/938005218

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

# MOTION

Defendants respectfully move this Court for an extension of time with respect to the deadline to respond to Plaintiff's Motion for Sanctions. This is the second request for an extension of this deadline. The original deadline to respond to Plaintiff's motion was October 3, 2025. Due to high workload and trial demands, Defendants extended that deadline to October 17, 2025, with no objection from Plaintiff. Here, Defendants request a one-week extension of that deadline to October 24, 2023.

This extension is necessary due to excessive workload and trial demands requiring attention and availability. The extension is also necessary to allow Defendants to obtain finalized witness declarations. The extension will assist Defendants in gathering and drafting information to respond to the motion.

Defense counsel has conferred with Plaintiff's counsel, and Plaintiff does not object to this extension. This extension is not requested for the purpose of delay.

DATED October 16, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Nathan K Riemersma*
NATHAN K RIEMERSMA #164699
MATTHEW MAILE #181761
JESSICA SPOONER #105919
Assistant Attorneys General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Nathan.K.Riemersma@doj.oregon.gov
matthew.maile@doj.oregon.gov
jessica.b.spooner@doj.oregon.gov
Of Attorneys for Defendants

Page 2 -   STATE DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SANCTIONS
NKR/ts5/938005218

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791