Lynn S. Walsh, OSB #924955
email: lynn@lynnwalshlaw.com
610 SW Alder St., #415
Portland, Oregon 97205
Telephone: 503-790-2772
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

|  |  |  |
|---|---|---|
| J.B.,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LEVI GRAY et al.,<br><br>                    Defendants. | | NO.  3:23-cv-01962-CL<br><br><br>UNOPPOSED MOTION TO DEPOSE<br>ADULT IN CUSTODY LEVI GRAY |

Pursuant to LR 7-1(a), counsel for plaintiff certifies that she has conferred with defense counsel for the state defendants, and they do not oppose this motion.  Conferral with Defendant Gray is not necessary per LR 7-1(a)(1)(C) as Gray is a "prisoner not represented by counsel."

Plaintiff seeks an order allowing the deposition of Oregon Department of Corrections Adult in Custody Levi Gray, SID #16109305.

Defendant Gray is under the custody and control of ODOC, and he is presently incarcerated in North Dakota pursuant to the Interstate Corrections Compact.  Plaintiff seeks leave of the Court under FRCP 30(a)(2)(B) to allow defense counsel to take the deposition of

Page 1      UNOPPOSED MOTION TO DEPOSE ADULT IN
            CUSTODY LEVI GRAY

LYNN S. WALSH,
OSB#92495
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com

Defendant Gray by video conference before a certified court reporter.  The deposition will be taken at the earliest convenience of the parties.

DATED:  March 24, 2026

＿＿＿/s/ Lynn S. Walsh＿＿＿＿＿＿＿＿＿＿
Lynn S. Walsh, OSB #924955
Attorney for Plaintiff

LYNN S. WALSH,
OSB#924955
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com

CERTIFICATE OF SERVICE

I certify that I mailed via first class mail a the following UNOPPOSED MOTION TO DEPOSE ADULT IN CUSTODY LEVI GRAY on March 24, 2026 to the following individuals:

Levi Gray, #84705
North Dakota State Penitentiary
PO Box 5521
Bismarck, ND 58506-5521


    /s/ Lynn S. Walsh
Lynn S. Walsh, OSB #924955
Attorney for plaintiff


Page 3    UNOPPOSED MOTION TO DEPOSE ADULT IN
CUSTODY LEVI GRAY

LYNN S. WALSH,
OSB#924955
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com